# Doonan, Graves & Longoria LLC

## ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

September 27, 2024

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Diana J. Pepin
10 Riverside Street
Lewiston, ME 04240-0000

**Certified Article Number**

9414 7266 9904 2226 8970 94

**SENDER'S RECORD**

Diana J. Pepin
58 Skeetfield Rd
Oxford, ME 04270

**Certified Article Number**

9414 7266 9904 2226 8971 00

**SENDER'S RECORD**

Diana J. Pepin
PO Box 249
Oxford, ME 04270

**Certified Article Number**

9414 7266 9904 2226 8971 17

**SENDER'S RECORD**

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
### THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re: Property Address: 58 Skeetfield Road, Oxford, ME 04270
Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, U.S. Bank, National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8 and the Owner/Investor, U.S. Bank, National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems as nominee for Americor Lending its successors and assigns (if MERs) dated

**EXHIBIT J**

July 23, 2005 and recorded in the Oxford County Registry of Deeds in Book 3777, Page 263 as modified by the loan modification and related Settlement Agreement dated June 22, 2022. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | Principal & Interest | Taxes & Insurance (Escrow) | O/S (Over/Short) Escrow Adjustment | | Total Amount |
|---|---|---|---|---|---|
| August 1, 2022 | $183.82 | $200.33 | $16.80 | | $400.95 |
| September 1, 2022 | $183.82 | $200.33 | $16.80 | | $400.95 |
| October 1, 2022 | $183.82 | $200.33 | $16.80 | | $400.95 |
| November 1, 2022 | $183.82 | $200.33 | $16.80 | | $400.95 |
| December 1, 2022 | $183.82 | $200.33 | $16.80 | | $400.95 |
| January 1, 2023 | $183.82 | $200.33 | $16.80 | | $400.95 |
| February 1, 2023 | $183.82 | $200.33 | $16.80 | | $400.95 |
| March 1, 2023 | $183.82 | $200.33 | $16.80 | | $400.95 |
| April 1, 2023 | $183.82 | $209.00 | $42.54 | | $435.36 |
| May 1, 2023 | $183.82 | $209.00 | $42.54 | | $435.36 |
| June 1, 2023 | $183.82 | $209.00 | $42.54 | | $435.36 |
| July 1, 2023 | $183.82 | $209.00 | $42.54 | | $435.36 |
| August 1, 2023 | $183.82 | $209.00 | $42.54 | | $435.36 |
| September 1, 2023 | $183.82 | $209.00 | $42.54 | | $435.36 |
| October 1, 2023 | $183.82 | $209.00 | $42.54 | | $435.36 |
| November 1, 2023 | $183.82 | $209.00 | $42.54 | | $435.36 |
| December 1, 2023 | $183.82 | $209.00 | $42.54 | | $435.36 |
| January 1, 2024 | $183.82 | $209.00 | $42.54 | | $435.36 |
| February 1, 2024 | $183.82 | $209.00 | $42.54 | | $435.36 |
| March 1, 2024 | $183.82 | $209.00 | $42.54 | | $435.36 |
| April 1, 2024 | $183.82 | $209.00 | $42.54 | | $435.36 |
| May 1, 2024 | $183.82 | $206.45 | $68.73 | | $459.00 |
| June 1, 2024 | $183.82 | $206.45 | $68.73 | | $459.00 |
| July 1, 2024 | $183.82 | $206.45 | $68.73 | | $459.00 |
| August 1, 2024 | $183.82 | $206.45 | $68.73 | | $459.00 |
| September 1, 2024 | $183.82 | $206.45 | $68.73 | | $459.00 |
| | | | | | |
| Corporate Advance Charges | | | | | $15.00 |
| | | | | | |

| Total Amount Due | | | | | $11,177.28 |
|---|---|---|---|---|---|

A portion of the amount due is reasonable interest in the amount of $3,610.50.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $11,177.28 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:

**Select Portfolio Servicing, Inc.**
**Attn: PAYOFF DEPARTMENT**
**PO BOX 65450**
**Salt Lake City, UT 84165**
**Overnight Address:**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived. To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is U.S. Bank, National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, U.S. Bank, National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
U.S. Bank, National Association, as Trustee
for the Structured Asset Investment Loan
Trust Mortgage Pass-Through Certificates,
Series 2005-8

by its attorney

Reneau J. Longoria, Esq.

SM

cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

56764

## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone / Toll-Free / Fax Number / Email / Website / Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone / Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | Phone: 207-553-7777<br>Web: **www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | Phone: 800-873-2227<br>Web: | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | Phone: 800-308-2227<br>Web: **www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | Phone: 800-542-8227<br>Web: **www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc

CERTIFIED MAIL

onan, Graves & Longo

TORNEYS AT LAW | EXCELLENCE

100 CUMMINGS CENTER, SUITE 30
BEVERLY, MASSACHUSETTS 0191

FIRST-CLASS



9414 7266 9904 2226 8971 00

US POSTAGE IMI PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 009.92⁰

SEP 27 2024

Diana J. Pepin
58 Skeetfield Rd
Oxford, ME 04270

CERTIFIED MAIL

nan, Graves & Lo

ORNEYS AT LAW | EXCELL

00 CUMMINGS CENTER, SU
BEVERLY, MASSACHUSETTS

FIRST-CLASS



9414 7266 9904 2226 8970 94

US POSTAGE IMI PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 009.92⁰

SEP 27 2024

Diana J. Pepin
10 Riverside Street
Lewiston, ME 04240-0000

**onan, Graves & Longoria** LLC

TORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

FIRST-CLASS

US POSTAGE (IMI)PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 000.69⁰

SEP 27 2024

Diana J. Pepin
10 Riverside Street
Lewiston, ME 04240-0000

---

**CERTIFIED MAIL®**

**onan, Graves & Lor**

TORNEYS AT LAW | EXCELLEN

100 CUMMINGS CENTER, SUIT
BEVERLY, MASSACHUSETTS 0



9414 7266 9904 2226 8971 17

FIRST-CLASS

US POSTAGE (IMI)PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 009.92⁰

SEP 27 2024

Diana J. Pepin
PO Box 249
Oxford, ME 04270

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, September 27, 2024 10:45 AM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria LLC Owner of the mortgage:U.S. Bank, National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc. Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----

Consumer Information

-----

Consumer First name:Diana
Consumer Middle Initial/Middle Name: J.
Consumer Last name:Pepin
Consumer Suffix:
Property Address line 1:58 Skeetfield Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Oxford
Property Address State:
Property Address zip code:04270
Property Address County:Oxford


-----

Notification Details

-----

Date notice was mailed:9/27/2024
Amount needed to cure default:11177.28
Consumer Address line 1:58 Skeetfield Road Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Oxford
Consumer Address State:ME
Consumer Address zip code:04270

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, September 27, 2024 10:50 AM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria LLC Owner of the mortgage:U.S. Bank, National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:

Select Portfolio Servicing, Inc.

Loss Mitigation Department/Loan Resolution

3217 S. Decker Lake Drive

Salt Lake City, UT 84119

(888) 818-6032


-----

Consumer Information

-----

Consumer First name:Diana

Consumer Middle Initial/Middle Name: J.

Consumer Last name: Pepin

Consumer Suffix:

Property Address line 1:58 Skeetfield Road Property Address line 2:

Property Address line 3:

Property Address City/Town:Oxford

Property Address State:

Property Address zip code:04270

Property Address County:Oxford


-----

Notification Details

-----

Date notice was mailed:9/27/2024

Amount needed to cure default:11177.28

Consumer Address line 1:PO Box 249

Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Oxford

Consumer Address State:ME

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, September 27, 2024 10:48 AM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria LLC Owner of the mortgage:U.S. Bank, National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc. Loss Mitigation Department/Loan Resolution

3217 S. Decker Lake Drive

Salt Lake City, UT 84119

(888) 818-6032

-----

Consumer Information

-----

Consumer First name:Diana

Consumer Middle Initial/Middle Name: J

Consumer Last name:Pepin

Consumer Suffix:

Property Address line 1:58 Skeetfield Road Property Address line 2:

Property Address line 3:

Property Address City/Town:Oxford

Property Address State:

Property Address zip code:04270

Property Address County:Oxford

-----

Notification Details

-----

Date notice was mailed:9/27/2024

Amount needed to cure default:11177.28

Consumer Address line 1:10 Riverside Street Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Lewiston

Consumer Address State:ME

Consumer Address zip code:04240

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

 **UNITED STATES POSTAL SERVICE®**

## Certificate Of Mailing

To pay fee, affix stamps or meter postage here



This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:**

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA  01915

**To:**

Diana J. Pepin

PO Box 249

Oxford, ME  04270

PS Form **3817**, April 2007 PSN 7530-02-000-9065

Postmark Here



**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:**
Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA  01915

**To:**
Diana J. Pepin

58 Skeetfield Rd

Oxford, ME  04270

PS Form **3817**, April 2007 PSN 7530-02-000-9065

Postmark Here

stamps

$2.10 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

989907.179

stamps

USPS
CUMMINGS STATION
SEP
BEVERLY MA 01915
25 26 27 28 29 30 31 — 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24

 **UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:**

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA  01915

**To:**

Diana J. Pepin

10 Riverside Street

Lewiston, ME  04240-0000

PS Form **3817**, April 2007 PSN 7530-02-000-9065

To pay fee, affix stamps or meter postage here

stamps

**$2.10⁰**
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

S99907.177

stamps

Postmark Here

USPS
CUMMINGS STATION
SEP 2
MA 01915

**RETURN RECEIPT REQUESTED**
**USPS® MAIL CARRIER**
**DETACH ALONG PERFORATION**

Return Receipt (Form 3811) Barcode

9590 9266 9904 2226 8971 03

1. Article Addressed to:

Diana J. Pepin
58 Skeetfield Rd
Oxford, ME 04270

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2226 8971 00

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Diana Pepin_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_Diana Pepin_

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type:
☒ Certified Mail

Reference Information

MNK/MNK
Diana J. Pepin
56764

Domestic Return Receipt

**PG** **Doonan, Graves & Longoria** LLC

ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915



BOSTON MA 020
27 SEP 2024 PM 6L

FIRST-CLASS

US POSTAGE AND PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 000.690
SEP 27 2024

Diana J. Pepin
58 Skeetfield Rd
Oxford, ME 04270

01915>6107
04270-3500S8

NSN

NIXIE          015   DE 1        0010/04/24
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 01915610733          *1821-01560-27-44

# PG

## Doonan, Graves & Lon
ATTORNEYS AT LAW | EXCELLEN
100 CUMMINGS CENTER, SUIT
BEVERLY, MASSACHUSETTS 0

-. 93D800083310968

CERTIFIED MAIL

9414 7266 9904 2226 8971 17



BOSTON MA 020
27 SEP 2024 PM 6 L

FIRST-CLASS

US POSTAGE >> PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 009.92⁰

SEP 27 2024

Diana J. Pepin
PO Box 249
Oxford, ME 04270



AFP 9/30

10/5

NIXIE        015    DE 1          0010/26/24

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 01915611599        *1821-00760-27-44

01915
04270-02452

UNC
04270-02452

Thank you for using Return Receipt Service

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail

Reference Information

MNK/MNK
Diana J. Pepin
56764

Domestic Return Receipt

Return Receipt (Form 3811) Barcode

9590 9426 9904 2226 8971 10

1. Article Addressed to:

Diana J. Pepin
PO Box 249
Oxford, ME 04270

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2226 8971 17

PS Form 3811, Facsimile, July 2015

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

C  FOLD AND TEAR THIS WAY

Thank you for using Return Receipt Service



CERTIFIED MAIL

US POSTAGE ~PITNEY BOWES

$ 009.92⁰
ZIP 01915
02 7H
0001338074
SEP 27 2024

BOSTON MA 020
27 SEP 2024 PM 5

FIRST-CLASS

9414 7266 9904 2226 8970 94

**Doonan, Graves & Lo**
ATTORNEYS AT LAW | EXCELL
100 CUMMINGS CENTER, SU
BEVERLY, MASSACHUSETTS

Diana J. Pepin
10 Riverside Street
Lewiston, ME 04240-0000

.. 932709033 9421801      04240-520010
                          01915>6115



09-30-24
NOTICE 9/30
10/5

NIXIE      025    DE 1           0028/21/24

         RETURN TO SENDER
           UNCLAIMED
         UNABLE TO FORWARD

BC: 01915611599   *1721-02005-27-44